**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

ALVIN AIKENS                                                                                    PLAINTIFF
ADC #160951

V.                                       NO: 4:15CV00153 JLH/PSH

VANESSA HERRING *et al*                                                            DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States

District Judge J. Leon Holmes.   You may file written objections to all or part of this

Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or

legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14)

days of this Recommendation.  By not objecting, you may waive the right to appeal questions of

fact.

### DISPOSITION

On January 18, 2016, the parties filed a joint motion to dismiss this case with prejudice,

because they have reached a full and final settlement.  For good cause shown, that motion (docket

entry 20) should be granted.

IT IS THEREFORE RECOMMENDED THAT the parties' joint motion to dismiss (docket

entry 20) be GRANTED, and plaintiff's complaint be DISMISSED WITH PREJUDICE.

DATED this 19th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE