# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

ALVIN AIKENS                                                                                           PLAINTIFF
ADC #160951

v.                                            NO: 4:15CV00153 JLH

VANESSA HERRING, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the parties' joint motion to dismiss (Document #20) is GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 3rd day of February, 2016.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE